United States Court of Appeals
Fifth Circuit

**F I L E D**

**February 18, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-40163
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                    Plaintiff-Appellee,

versus

RONALD WAYNE ABNEY,

                                    Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. L-02-CR-1250-1
--------------------

Before HIGGINBOTHAM, EMILIO M. GARZA, and PRADO, Circuit Judges.

PER CURIAM:[*]

Ronald Wayne Abney appeals his sentence following his guilty-plea conviction for transporting illegal aliens for the purpose of financial gain, in violation of 8 U.S.C. § 1324. Abney challenges a condition of supervised release set forth in the written judgment that prohibits him from possessing "any other dangerous weapon." Abney argues that this provision must be deleted from the written judgment because the district court did not mention the condition when it orally pronounced sentence.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

We find no error in the written judgment.  See United States v.

Torres-Aguilar, 352 F.3d 934, 937-38 (5th Cir. 2003).

AFFIRMED.